# First District.

W. C. Handley, appellee, v. Aleck McAlonan and David S. Davidson, defendants, on appeal of David S. Davidson, appellant.   Gen. No. 34,658.

Opinion filed May 19, 1931.
Howard Ames, for appellant.   John B. King and Forest A. King, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Ridgeland State Bank, appellee, v. M. J. Boyle & Company, appellant.   Gen. No. 34,685.

Opinion filed May 19, 1931.   Rehearing denied June 1, 1931.
John M. Bryant and Daniel A. Roberts, for appellant.   Adolph Marks, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Minnie I. Wood, administratrix of the estate of Frank F. Wood, deceased, appellee, v. William V. Tyler, appellant.   Gen. No. 34,721.

Opinion filed May 19, 1931.   Rehearing denied June 1, 1931.
Guy Guernsey, for appellant; Henry Roth, of counsel.   E. R. Hartigan, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.